## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**KERGAN BROS., INC.**                                    **CIVIL ACTION**

**VERSUS**

**AMERICAN BANKERS INSURANCE**          **NO.: 17-00547-BAJ-EWD**
**COMPANY OF FLORIDA**

### CASES TO WHICH THIS ORDER PERTAINS

17-cv-01268-BAJ-EWD Cronan et al v. American Bankers Insurance Company of Florida
17-cv-01393-BAJ-EWD Hamberlin v. American Bankers Insurance Company of Florida
17-cv-01400-BAJ-EWD Hebert v. American Bankers Insurance Company of Florida
17-cv-01409-BAJ-EWD Mayeux et al v. American Bankers Insurance Company of Florida
17-cv-01411-BAJ-EWD Burnett v. American Bankers Insurance Company of Florida
17-cv-01412-BAJ-EWD Pike et al v. American Bankers Insurance Company of Florida
17-cv-01413-BAJ-EWD Rogers et al v. American Bankers Insurance Company of Florida
17-cv-01414-BAJ-EWD Albert v. American Bankers Insurance Company of Florida
17-cv-01415-BAJ-EWD Freeman et al v. American Bankers Insurance Company of Florida
17-cv-01416-BAJ-EWD Conner v. American Bankers Insurance Company of Florida
17-cv-01418-BAJ-EWD Pierce v. American Bankers Insurance Company of Florida
17-cv-01419-BAJ-EWD Carroll v. American Bankers Insurance Company of Florida
17-cv-01420-BAJ-EWD Robinson v. American Bankers Insurance Company of Florida
17-cv-01421-BAJ-EWD Glover et al v. American Bankers Insurance Company of Florida
17-cv-01422-BAJ-EWD Boyd et al v. American Bankers Insurance Company of Florida
17-cv-01423-BAJ-EWD Fontenot v. American Bankers Insurance Company of Florida
17-cv-01424-BAJ-EWD Sellars v. American Bankers Insurance Company of Florida
17-cv-01425-BAJ-EWD Turner et al v. American Bankers Insurance Company of Florida
17-cv-01426-BAJ-EWD McQuirter v. American Bankers Insurance Company of Florida
17-cv-01427-BAJ-EWD Gill et al v. American Bankers Insurance Company of Florida
17-cv-01473-BAJ-EWD Coan v. American Bankers Insurance Company of Florida

17-cv-01474-BAJ-EWD Bankston et al v. American Bankers Insurance Company of
Florida
17-cv-01492-BAJ-EWD Beal v. American Bankers Insurance Company of Florida
17-cv-01493-BAJ-EWD Moskot v. American Bankers Insurance Company of Florida
17-cv-01576-BAJ-EWD Brock v. American Bankers Insurance Company of Florida
17-cv-01597-BAJ-EWD Griffin v. American Bankers Insurance Company of Florida
17-cv-01648-BAJ-EWD Watts v. American Bankers Insurance Company of Florida
17-cv-01761-BAJ-EWD Tullier v. American Bankers Insurance Company of Florida
18-cv-00221-BAJ-EWD Thomas v. American Bankers Insurance Company of Florida
18-cv-00396-BAJ-EWD Martrain v. American Bankers Insurance Company of Florida
18-cv-00398-BAJ-EWD Stanford v. American Bankers Insurance Company of Florida
18-cv-00399-BAJ-EWD Villamil v. American Bankers Insurance Company of Florida
18-cv-00428-BAJ-EWD Ringo v. American Bankers Insurance Company of Florida
18-cv-00430-BAJ-EWD Pearson v. American Bankers Insurance Company of Florida

## ORDER

IT IS ORDERED that the **Joint Motion for 60 Day Extension of the**

**Previously Ordered Stay to Pursue Alternative Dispute Resolution (Doc. 46)**

is **GRANTED**.

IT IS FURTHER ORDERED that all formal proceedings in the above

captioned matters—with the exception of the lead case, *Kergan Bros., Inc. v.*

*American Bankers Insurance Company of Florida*, 17-cv-00547-BAJ-EWD—are

STAYED for an additional (60) days, through and including October 27, 2018.

IT IS FURTHER ORDERED that during the stay period the parties shall

immediately report all matters that are resolved to the Court in accordance with Local Rule 16(c).

Baton Rouge, Louisiana, this 27th day of August, 2018.

JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA